**STATE ex rel. HAROLD CARSON, v. D. C. COLEMAN, as Sheriff of Dade County, Florida.**

9 So. (2nd) 562                          Division A
September 11, 1942

E. F. P. Brigham, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

Appeal brings for review judgment in habeas corpus proceedings remanding petitioner.

Petition sought discharge from custody in which petitioner was held under executive warrant of rendition in extradition proceeding.

The judgment must be affirmed under authority of our opinions and judgments in Kurtz v. State, 22 Fla. 36, 45; Chase v. State ex rel. Burch, 93 Fla. 963, 113 Sou. 103; Osborn, et al., v. State, 128 Fla. 488, 176 Sou. 55; Trent v. McLeod, 131 Fla. 617, 179 Sou. 906.

So ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.